IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Terry Simmons; Kelly Laney,

Plaintiffs,

v.

County of El Dorado; and Does 1 through 50, inclusive,

Defendants.

2:11-cv-00468-GEB-KJN

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

An Order to Show Cause ("OSC") issued on June 8, 2011, directing Plaintiffs to explain why sanctions should not be imposed against them and/or their counsel for failure to file a timely status report. (ECF No. 6.) Because of this failure, a previously scheduled status conference was continued to August 29, 2011, and the parties were required to file a joint status report no later than fourteen (14) days prior to the rescheduled status conference. Id. Plaintiffs responded to the OSC and yet again failed to file a status report.

The status conference presently scheduled in this action on August 29, 2011 is continued to October 3, 2011, commencing at 9:00 a.m.

A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Lastly, Plaintiffs' response to the OSC shows that their counsel has clearly engaged in sanctionable conduct. "It is incumbent upon an attorney practicing in [any court] to [learn] what is expected by the court . . . and the consequences inherent in noncompliance." Dela Rosa v. Scottsdale Memorial Health Systems, Inc., 136 F.3d 1241, 1244 (9th Cir. 1998). "The cogs of the wheel of justice move much more smoothly when attorneys who practice in this court follow the rules of practice and procedure [that have been] carefully developed and adopted." Id. Plaintiffs are warned that sanctions could be imposed for failure to file a timely status report.

IT IS SO ORDERED.

Dated: August 25, 2011

GARLAND E. BURRELL, JR.
United States District Judge